BARBARA B. CRABB
Cheif Judge
P.O.Box 591
Madison, WI. 53701-0591



March 25, 2011


RE: Correction of Record; Uhde v. Bitsky, Case No. 03-C-323-C.


Cheif Judge Crabb:

        I am requesting that you correct the record based on the informational records being provided. I am providing these documents based on the fact that Edward M. Blau lied and perjured himself before your Honorable Court when he claimed that I used his typwritter in manufacturing documents. This is also stipulated in his Confidential Informant Statement being provided once again. During an interview with Deputy Bitsky at a later time, Mr. Blau stated that I purchased a typwritter and after utilizing it to manufacture the document/s, gave it to him then I purchased another one. This does not make any sense! I am providing you with a copy of my Institution Property Inventory sheet, as you can see I never owned a typwritter. Further, what Mr. Blau failed to state when you purchase property there is a record of it, and if you were to replace an item you would have to surrender the original. If I needed use of a typwritter I could utilize the institution typwritters in the library as done here.

    It would have been impossible to cut up a signiture as Mr. Blau claims and make an exact signiture that Investigator Silka would later testify to was his. Investigator Silka did testify that the signiture on the Non-Consent form was his. Mr. Blau had motive to perjure himself before your Court; (1) that he didn't want his mother to pay additional taxes in the event of a favorable judgment; and (2) the ability to get assistance from alternant counsel in getting moved to a better institution. Mr. Blau was moved to the Oshkosh Correctional Institution approximately (6)

six months after testifying before your Court as I claimed. The Oshkosh Correctional Institution is the premier prison for the State of Wisconsin. It was not known to me at the time due to opposing counsel's withholding Mr. Blau's criminal record that Mr. Blau had approximately (26) twenty-six arrests and convictions since 1979 not a credible individule! Mr. Blau is not a credible person nor a truthful person. His recorded statements verify and prove this Fact. Further, he testified that he was seeing a Phycologist and Physiatrist for mental issues. There was no need for me to falsify any documents in my criminal case as Mr. Blau claimed, I never challenged my conviction based on this issue. The institution after seizing my legal materials and throughly screening it found nothing unusual other than I had alot of material. Mr. Blau was going through my legal material picking out what he wanted without me knowing trying to get a better deal from anyone willing to listen to him. This is how Mr. Blau had information on opposing counsel such as names and addresses. Because of Mr. Blau and his insistance that I provide him with details on my criminal case I provided him with false information not to his liking.

I am requesting the following relief:
1). Correction of the record to reflect that no false documents were produced by the petitioner; and
2). Refund the petitioner's filing in full; and
3). Quash the imposition of judgment for legal fees of $1,183.45; and
4). Award the petitioner the same legal fees; and
5). The prosecution of Mr. Blau for perjury6 and other related crimes before your Court; and
6). Any other relief deemed appropriate by this Court.

Respectfully Submitted

*Douglas Uhde*
Douglas Uhde #376328
100 Corrections Dr.
Stanley, WI. 54768